OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 AUG. 10. 2015

**8/5/2015**
**BEASLEY, ELIJAH CLAYTON  Tr. Ct. No. 13-03-02517-CR(1)   WR-83,700-01**
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

ELIJAH CLAYTON BEASLEY
C/O PATTY MAGINNIS
333 SIMONTON STREET
CONROE, TX 77301

U T F

N3B 77301